IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JERRY MAZZOLA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:19-CV-00469-TH |
| LOWE'S HOME CENTER, LLC, EULISICA MOFFETT, | § § § § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. The court has received and considered the report of the magistrate judge (Doc. No. 29), which recommends denying Defendant Lowe's Home Center, LLC's "Motion for Summary Judgment" (Doc. No. 16). No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's "Report and Recommendation" (Doc. No. 29) is **ADOPTED**, and Defendant Lowe's "Motion for Summary Judgment" (Doc. No. 16) is **DENIED**.

**SIGNED** this the 6 day of **November, 2020.**

Thad Heartfield
United States District Judge